ERNEST E. SLOCUM, Respondent, *v.* WALTER M. OSTRAN-
DER, Appellant.

*Slocum* v. *Ostrander*, 141 App. Div. 380, affirmed.
(Submitted May 14, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered December 13, 1910, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
commissions.

*Rufus O. Catlin* and *James C. Cropsey* for appellant.

*A. Delos Kneeland* and *George W. Files* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Not voting: HISCOCK, J.